**FILED**
September 30, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 2:11-cr-~~247~~ LKK |
| Plaintiff, | ) | 427 |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| ANGELA SHAVLOVSKY, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Angela Shavlovsky</u>; Case <u>2:11-cr-247 LKK</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_   Release on Personal Recognizance

\_   Bail Posted in the Sum of _____

<u>X</u>   Unsecured Appearance Bond in the amount of <u>$75,000.00</u>, co-signed by defendant's daughter Sophia Shavlovsky.

\_   Appearance Bond with 10% Deposit

\_   Appearance Bond secured by Real Property

\_   Corporate Surety Bail Bond

<u>X</u>   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on \_\_\_\_<u>9/30/2011</u>\_\_\_\_ at 3:20 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge