DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3RD Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANGELA SHAVLOVSKY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     V.                          )<br>                                 )<br>ANGELA SHAVLOVSKY,               )<br>                                 )<br>            Defendant.           )<br>                                 )<br>                                 ) | Cr.S. 11-427-LKK<br><br>**ORDER RE WAIVER OF**<br>**DEFENDANT'S PRESENCE** |

Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of jury and imposition of sentence.  Defendant hereby requests the court to proceed during every absence of hers which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further

1  agrees to be present in court ready for hearing any day and hour the
2  court may fix in her absence.
3       Defendant further acknowledges that she has been informed of her
4  rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and
5  authorizes her attorney to set times and delays under the Act without
6  defendant being present.
7  DATED: October 3, 2011

                                        /s/ Angela Shavlovsky
                                        ANGELA SHAVLOVSKY
                                        Defendant

APPROVED:

/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Research and Writing Attorney
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorneys for Defendant

DATED:  October 3, 2011


IT IS SO ORDERED.

Dated: October 4, 2011

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT