UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ANGELA SHAVLOVSKY and
VITALY TUZMAN,

        Defendants.

_____/

NO. CR. S-11-427 LKK

O R D E R

For the reasons set forth in the government's opposition, defendants Shavlovsky and Tuzman's motions for a stay of DNA testing are DENIED.

IT IS SO ORDERED.

DATED: October 6, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1