UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                NO. CR. S-11-427 LKK

       Plaintiff,

  v.                               O R D E R

ANGELA SHAVLOVSKY and
VITALY TUZMAN,

       Defendants.
                                     /

    The defendants' motion for reconsideration and stay of release order imposing DNA testing, etc., is GRANTED.  The hearing is set for October 18, 2011 at 9:15 a.m.

    IT IS SO ORDERED.

    DATED: October 13, 2011.

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT