```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  MATTHEW M. SCOBLE, # 237432
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    ANGELA SHAVLOVSKY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr.S. 11-427-LKK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | DATE: October 16, 2013 |
|  | ) | Time: 9:15 a.m. |
| VALERI MYSIN et al., | ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendants. | ) |  |
| _____ | ) |  |

It is hereby stipulated and agreed to between the United States of America through, LEE BICKLEY, Assistant U.S. Attorney, defendant, ANGELA SHAVLOVSKY by and through her counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, JOHN DUREE JR., attorney for VALERI MYSIN, DINA SANTOS, attorney for MICHAEL KENNEDY, JULIA YOUNG, attorney for BORIS MURZAK, and attorney for ZINAIDA MURZAK, and JOHN BALAZS, attorney for VITALIY TUZMAN, that the status conference set for Tuesday, August 27, 2013, be continued to Wednesday, October 16, 2013, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

The parties agree that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties

| | |
|---|---|
| 1 | agree that the ends of justice to be served by a continuance outweigh the best interests of the public and |
| 2 | the defendants in a speedy trial, and they ask the Court to exclude time within which the trial of this |
| 3 | matter must be commenced under the Speedy Trial Act from the date of this stipulation, August 22, 2013, |
| 4 | through October 16, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, |
| 5 | pertaining to reasonable time for defense preparation. |

Dated: August 22, 2013                    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender


/s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for ANGELA SHAVLOVSKY


/s/ Matthew M. Scoble for
JOHN DUREE JR.
Attorney for VALERI MYSIN


/s/ Matthew M. Scoble for
DINA SANTOS
Attorney for MICHAEL KENNEDY


/s/ Matthew M. Scoble for
JULIA YOUNG
Attorney for BORIS MURZAK


/s/ Matthew M. Scoble for
JULIA YOUNG
Attorney for ZINAIDA MURZAK


/s/ Matthew M. Scoble for
JOHN BALAZS
Attorney for VITALIY TUZMAN


Dated: August 22, 2013                    BENJAMIN B. WAGNER
United States Attorney


/s/ Matthew M. Scoble for
LEE BICKLEY
Assistant U.S. Attorney

**O R D E R**

The Court having received, read, and considered the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety. It is ordered that the status conference presently set for August 27, 2013, be continued to October 16, 2013, at 9:15 a.m. The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, August 22, 2013, up to and including, the October 16, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

IT IS SO ORDERED.

Dated: August 23, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT