UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  CR. S-11-427 LKK |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ANGELA SHAVLOVSKY, | |
| Defendant. | |

The court has received a communication from counsel for defendant Shavlovsky, proposing that he be granted leave to withdraw as counsel because of a conflict.  Counsel is directed to submit a detailed affidavit for the court's in camera review demonstrating the existence of the conflict.  The affidavit shall be filed no later than 7 days from the date of this order.

The matter is now set for a Status Conference as to all defendants on May 13, 2014 at 9:15 a.m.  The parties shall be prepared to discuss severance.

IT IS SO ORDERED.

DATED: April 30, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1