HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org

Attorney for Defendant
ANGELA SHAVLOVSKY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:11-CR-427 LKK |
|---|---|
| Plaintiff, | ) ORDER |
| vs. | ) |
| ANGELA SHAVLOVSKY, et al. | ) |
| Defendants. | ) |

IT IS HEREBY ORDERED that the Request to Seal be granted and that the Affidavit of Matthew M. Scoble be filed under seal, permitting Assistant United States Attorney Lee Bickley access to the document.

Dated: May 8, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT