ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANGELA SHAVLOVSKY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00427 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| | ) | |
| ANGELA SHAVLOVSKY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas, and defendant, Angela Shavlovsky, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, July 22, 2014 at 9:15 a.m., in the above-captioned matter, and to continue the status conference to August 12, 2014 at 9:15 a.m. in the courtroom of the Honorable Lawrence K. Karlton.

The reason for this request is that additional time is needed by the defense to complete review of discovery, which is voluminous (discovery currently ends with item/page number 63026) and includes a number of recordings, and other defense preparation and investigation. Ms. Radekin was appointed in this matter on May 13, 2014.  The Court is advised that Ms.

Stipulation and Order - 1

Thomas concurs with this request and has authorized Ms. Radekin to sign this stipulation on her behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until August 12, 2014 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: July 17, 2014                    BENJAMIN WAGNER
                                        United States Attorney

                                   By:    /s/ Jill Thomas
                                        JILL THOMAS
                                        Assistant United States Attorney

Dated: July 17, 2014                      /s/ Erin J. Radekin
                                        ERIN J. RADEKIN
                                        Attorney for Defendant
                                        ANGELA SHAVLOVKSY

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of July 22, 2014 at 9:15 a.m. is VACATED and the above-captioned matter is set for status conference on August 12, 2014 at 9:15 a.m.  The Court finds excludable time in this matter through August 12, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense

preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: July 21, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT