ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANGELA SHAVLOVSKY


                    IN THE UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,          )      2:11-CR-00427 LKK
                                   )
                       Plaintiff,  )      STIPULATION AND ORDER
                                   )      TO CONTINUE STATUS CONFERENCE
v.                                 )
                                   )
                                   )
ANGELA SHAVLOVSKY,                 )
                                   )
                       Defendant.  )
_____   )


                              **STIPULATION**

        Plaintiff, United States of America, by and through its counsel,

Assistant United States Attorney Jill Thomas, and defendant, Angela

Shavlovsky, by and through her counsel, Erin J. Radekin, agree and stipulate

to vacate the date set for status conference, August 12, 2014 at 9:15 a.m.,

in the above-captioned matter, and to continue the status conference to

September 16, 2014 at 9:15 a.m. in the courtroom of the Honorable Lawrence K.

Karlton.

        The reason for this request is that additional time is needed by Ms.

Radekin to complete review of discovery, which is voluminous (discovery

currently ends with item/page number 63026, counsel has reviewed through 7078

as of this date) and includes a number of recordings. There is also

                          Stipulation and Order - 1

1  additional defense preparation and investigation Ms. Radekin needs to

2  complete.  The Court is advised that Ms. Thomas concurs with this request and

3  has authorized Ms. Radekin to sign this stipulation on her behalf.

4        The parties further agree and stipulate that the time period from the

5  filing of this stipulation until September 16, 2014 should be excluded in

6  computing time for commencement of trial under the Speedy Trial Act, based

7  upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local

8  Code T4, to allow reasonable time necessary for effective defense

9  preparation.  It is further agreed and stipulated that the ends of justice

10  served in granting the request outweigh the best interests of the public and

11  the defendant in a speedy trial.

12        Accordingly, the parties respectfully request the Court adopt this

13  proposed stipulation.

14  IT IS SO STIPULATED

15  Dated: August 7, 2014                    BENJAMIN WAGNER
                                             United States Attorney

16
                                    By:    /s/ Jill Thomas
17                                         JILL THOMAS
                                           Assistant United States Attorney

18

19  Dated: August 7, 2014                    /s/ Erin J. Radekin
                                             ERIN J. RADEKIN
20                                           Attorney for Defendant
                                             ANGELA SHAVLOVKSY

21

22
                                    ORDER
23
        For the reasons set forth in the accompanying stipulation and
24
declaration of counsel, the status conference date of August 12, 2014 at 9:15
25
a.m. is VACATED and the above-captioned matter is set for status conference
26
on September 16, 2014 at 9:15 a.m.  The Court finds excludable time in this
27
matter through September 16, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and
28


                            Stipulation and Order - 2

1  Local Code T4, to allow reasonable time necessary for effective defense

2  preparation.  For the reasons stipulated by the parties, the Court finds that

3  the interest of justice served by granting the request outweigh the best

4  interests of the public and the defendant in a speedy trial. 18 U.S.C. §§

5  3161(h)(7)(A), (h)(7)(B)(iv).

6  IT IS SO ORDERED.

7  Dated: August 8, 2014

8  _____
   LAWRENCE K. KARLTON
9  SENIOR JUDGE
   UNITED STATES DISTRICT COURT