ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANGELA SHAVLOVSKY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00427 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| | ) | |
| ANGELA SHAVLOVSKY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas, and defendant, Angela Shavlovsky, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, September 11, 2014 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to November 6, 2014 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

The reason for this request is that additional time is needed by Ms. Radekin to complete review of discovery, which is voluminous (discovery currently ends with item/page number 63026) and includes a number of recordings. There is also additional defense preparation and investigation

Stipulation and Order - 1

Ms. Radekin needs to complete.  The Court is advised that Ms. Thomas concurs with this request and has authorized Ms. Radekin to sign this stipulation on her behalf.

    The parties further agree and stipulate that the time period from the filing of this stipulation until November 6, 2014 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: September 4, 2014                    BENJAMIN WAGNER
                                           United States Attorney

                                    By:   /s/ Jill Thomas
                                           JILL THOMAS
                                           Assistant United States Attorney

Dated: September 4, 2014                      /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
                                           Attorney for Defendant
                                           ANGELA SHAVLOVKSY

**ORDER**

    For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of September 11, 2014 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on November 6, 2014 at 9:30 a.m.  The Court finds excludable time in this matter through November 6, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv)

1  and Local Code T4, to allow reasonable time necessary for effective defense
2  preparation.  For the reasons stipulated by the parties, the Court finds that
3  the interest of justice served by granting the request outweigh the best
4  interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
5  3161(h)(7)(A), (h)(7)(B)(iv).
6      IT IS SO ORDERED.
7  Dated: September 8, 20144

_____
Troy L. Nunley
United States District Judge