```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANGELA SHAVLOVSKY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00427 TLN |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| ) | |
| ANGELA SHAVLOVSKY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas, and defendant, Angela Shavlovsky, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, November 6, 2014 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to December 18, 2014 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

The reason for this request is that additional time is needed by Ms. Radekin to complete review of discovery, for investigation, and for other defense preparation. Ms. Radekin was appointed in this case on May 13, 2014. This case involves voluminous discovery. In the last 30 days the government

Stipulation and Order - 1

1  has provided an approximately 400 pages of additional discovery, so that
2  discovery now ends at page number 64290.  The government has also notified
3  the defense that four boxes of additional documents are available for
4  inspection and copying upon appointment.  The Court is advised that Ms.
5  Thomas concurs with this request and has authorized Ms. Radekin to sign this
6  stipulation on her behalf.
7       The parties further agree and stipulate that the time period from the
8  filing of this stipulation until December 18, 2014 should be excluded in
9  computing time for commencement of trial under the Speedy Trial Act, based
10 upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
11 Code T4, to allow reasonable time necessary for effective defense
12 preparation.  It is further agreed and stipulated that the ends of justice
13 served in granting the request outweigh the best interests of the public and
14 the defendant in a speedy trial.
15      Accordingly, the parties respectfully request the Court adopt this
16 proposed stipulation.
17 IT IS SO STIPULATED
18 Dated: October 30, 2014                    BENJAMIN WAGNER
                                              United States Attorney
19
                                         By:  /s/ Jill Thomas
20                                            JILL THOMAS
                                              Assistant United States Attorney
21

22 Dated: October 30, 2014                    /s/ Erin J. Radekin
                                              ERIN J. RADEKIN
23                                            Attorney for Defendant
                                              ANGELA SHAVLOVKSY
24

25
                                    ORDER
26
        For the reasons set forth in the accompanying stipulation and
27
   declaration of counsel, the status conference date of November 6, 2014 at
28

                           Stipulation and Order - 2

1  9:30 a.m. is VACATED and the above-captioned matter is set for status
2  conference on December 18, 2014 at 9:30 a.m.  The Court finds excludable time
3  in this matter through December 18, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv)
4  and Local Code T4, to allow reasonable time necessary for effective defense
5  preparation.  For the reasons stipulated by the parties, the Court finds that
6  the interest of justice served by granting the request outweigh the best
7  interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
8  3161(h)(7)(A), (h)(7)(B)(iv).
9  IT IS SO ORDERED.
10 Dated:  November 4, 2014

_____
Troy L. Nunley
United States District Judge