ERIN J. RADEKIN
Attorney at Law – SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANGELA SHAVLOVSKY


                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,          )      2:11-CR-00427 TLN
                                   )
                    Plaintiff,     )      STIPULATION AND ORDER
                                   )      TO CONTINUE STATUS CONFERENCE
v.                                 )
                                   )
ANGELA SHAVLOVSKY,                 )
                                   )
                    Defendant.     )
_____   )

                              **STIPULATION**

     Plaintiff, United States of America, by and through its counsel,

Assistant United States Attorney Jill Thomas, and defendant, Angela

Shavlovsky, by and through her counsel, Erin J. Radekin, agree and stipulate

to vacate the date set for status conference, December 18, 2014 at 9:30 a.m.,

in the above-captioned matter, and to continue the status conference to

January 22, 2015 at 9:30 a.m. in the courtroom of the Honorable Troy L.

Nunley.

     The reason for this request is that additional time is needed by Ms.

Radekin to complete review of discovery, for investigation, and for other

defense preparation.  In the last 30 days the government has provided

additional discovery so that discovery now ends at page number 68720.  The

1  Court is advised that Ms. Thomas concurs with this request and has authorized

2  Ms. Radekin to sign this stipulation on her behalf.

3      The parties further agree and stipulate that the time period from the

4  filing of this stipulation until January 22, 2015 should be excluded in

5  computing time for commencement of trial under the Speedy Trial Act, based

6  upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local

7  Code T4, to allow reasonable time necessary for effective defense

8  preparation.  It is further agreed and stipulated that the ends of justice

9  served in granting the request outweigh the best interests of the public and

10 the defendant in a speedy trial.

11     Accordingly, the parties respectfully request the Court adopt this

12 proposed stipulation.

13 IT IS SO STIPULATED

14 Dated: December 12, 2014            BENJAMIN WAGNER
                                       United States Attorney
15
                                By:    /s/ Jill Thomas
16                                     JILL THOMAS
                                       Assistant United States Attorney
17

18 Dated: December 12, 2014             /s/ Erin J. Radekin
                                       ERIN J. RADEKIN
19                                     Attorney for Defendant
                                       ANGELA SHAVLOVKSY
20

21
                                       ORDER
22

23     For the reasons set forth in the accompanying stipulation and

24 declaration of counsel, the status conference date of December 18, 2014 at

25 9:30 a.m. is VACATED and the above-captioned matter is set for status

26 conference on January 22, 2015 at 9:30 a.m.  The Court finds excludable time

27 in this matter through January 22, 2015 under 18 U.S.C. § 3161(h)(7)(B)(iv)

28 and Local Code T4, to allow reasonable time necessary for effective defense

1  preparation.  For the reasons stipulated by the parties, the Court finds that

2  the interest of justice served by granting the request outweigh the best

3  interests of the public and the defendant in a speedy trial. 18 U.S.C. §§

4  3161(h)(7)(A), (h)(7)(B)(iv).

5  IT IS SO ORDERED.

6  Dated: December 15, 2014

7  _____
   Troy L. Nunley
8  United States District Judge