ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANGELA SHAVLOVSKY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00427 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| ANGELA SHAVLOVSKY, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas, and defendant, Angela Shavlovsky, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, January 22, 2015 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to March 12, 2015 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

The reason for this request is that additional time is needed by Ms. Radekin to complete review of discovery, for investigation, and for other defense preparation.  Ms. Radekin is still engaged in review of the voluminous discovery in this case, which currently ends at page 68740.  In addition, on January 6, 2015, Ms. Radekin received 608 pages of trial

1  transcripts from a related case that she also must review as part of her
2  preparation of Ms. Shavlovsky's defense.  Finally, there is investigation and
3  other defense preparation that Ms. Radekin must complete.  The Court is
4  advised that Ms. Thomas concurs with this request and has authorized Ms.
5  Radekin to sign this stipulation on her behalf.
6       The parties further agree and stipulate that the time period from the
7  filing of this stipulation until March 12, 2015 should be excluded in
8  computing time for commencement of trial under the Speedy Trial Act, based
9  upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
10 Code T4, to allow reasonable time necessary for effective defense
11 preparation.  It is further agreed and stipulated that the ends of justice
12 served in granting the request outweigh the best interests of the public and
13 the defendant in a speedy trial.
14      Accordingly, the parties respectfully request the Court adopt this
15 proposed stipulation.
16 IT IS SO STIPULATED
17 Dated: January 15, 2015                BENJAMIN WAGNER
                                          United States Attorney
18
                                    By:    /s/ Jill Thomas
19                                        JILL THOMAS
                                          Assistant United States Attorney
20
21 Dated: January 15, 2015                 /s/ Erin J. Radekin
                                          ERIN J. RADEKIN
22                                        Attorney for Defendant
                                          ANGELA SHAVLOVKSY
23
24
                                      ORDER
25
        For the reasons set forth in the accompanying stipulation and
26
   declaration of counsel, the status conference date of January 22, 2015 at
27
   9:30 a.m. is VACATED and the above-captioned matter is set for status
28

                            Stipulation and Order - 2

1  conference on March 12, 2015 at 9:30 a.m.  The Court finds excludable time in
2  this matter through March 12, 2015 under 18 U.S.C. § 3161(h)(7)(B)(iv) and
3  Local Code T4, to allow reasonable time necessary for effective defense
4  preparation.  For the reasons stipulated by the parties, the Court finds that
5  the interest of justice served by granting the request outweigh the best
6  interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
7  3161(h)(7)(A), (h)(7)(B)(iv).
8  IT IS SO ORDERED.
9  Dated: January 15, 2015

Troy L. Nunley
United States District Judge