ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANGELA SHAVLOVSKY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00427 TLN |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| ) | |
| ANGELA SHAVLOVSKY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas, and defendant, Angela Shavlovsky, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, March 12, 2015 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to May 21, 2015 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

The reason for this request is that additional time is needed by Ms. Radekin to complete review of discovery, for investigation, and for other defense preparation. Ms. Radekin is still engaged in review of the voluminous discovery and the trial transcripts in a related matter (approximately 70,000 pages total). In addition, there is investigation and

1  other defense preparation she must complete.  The Court is advised that Ms.
2  Thomas concurs with this request and has authorized Ms. Radekin to sign this
3  stipulation on her behalf.
4       The parties further agree and stipulate that the time period from the
5  filing of this stipulation until May 21, 2015 should be excluded in computing
6  time for commencement of trial under the Speedy Trial Act, based upon the
7  interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4,
8  to allow reasonable time necessary for effective defense preparation.  It is
9  further agreed and stipulated that the ends of justice served in granting the
10 request outweigh the best interests of the public and the defendant in a
11 speedy trial.
12      Accordingly, the parties respectfully request the Court adopt this
13 proposed stipulation.
14 IT IS SO STIPULATED
15 Dated: March 5, 2015                     BENJAMIN WAGNER
                                            United States Attorney
16
                                       By:   /s/ Jill Thomas
17                                          JILL THOMAS
                                            Assistant United States Attorney
18
19 Dated: March 5, 2015                      /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
20                                          Attorney for Defendant
                                            ANGELA SHAVLOVKSY
21
22
                                    **ORDER**
23
        For the reasons set forth in the accompanying stipulation and
24
   declaration of counsel, the status conference date of March 12, 2015 at 9:30
25
   a.m. is VACATED and the above-captioned matter is set for status conference
26
   on May 21, 2015 at 9:30 a.m.  The Court finds excludable time in this matter
27
   through May 21, 2015 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4,
28

                            Stipulation and Order - 2

1  to allow reasonable time necessary for effective defense preparation.  For
2  the reasons stipulated by the parties, the Court finds that the interest of
3  justice served by granting the request outweigh the best interests of the
4  public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A),
5  (h)(7)(B)(iv).
6  **IT IS SO ORDERED.**
7  Dated: March 5, 2015

_____
Troy L. Nunley
United States District Judge