ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANGELA SHAVLOVSKY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00427 TLN |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| ) | |
| ANGELA SHAVLOVSKY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas, and defendant, Angela Shavlovsky, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, May 21, 2015 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to July 30, 2015 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

The reason for this request is that additional time is needed by Ms. Radekin to complete review of discovery, for investigation, and for other defense preparation. Additional discovery has been provided by the government in the last two weeks, so that discovery is currently through bates no. 72861. Further, investigation has been delayed because Ms.

Stipulation and Order - 1

1  Radekin's investigator-of-choice for this matter has been occupied with trial
2  preparation and jury trial in another mortgage fraud case.  The Court is
3  advised that Ms. Thomas concurs with this request and has authorized Ms.
4  Radekin to sign this stipulation on her behalf.
5       The parties further agree and stipulate that the time period from the
6  filing of this stipulation until July 30, 2015 should be excluded in
7  computing time for commencement of trial under the Speedy Trial Act, based
8  upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
9  Code T4, to allow reasonable time necessary for effective defense
10 preparation.  It is further agreed and stipulated that the ends of justice
11 served in granting the request outweigh the best interests of the public and
12 the defendant in a speedy trial.
13      Accordingly, the parties respectfully request the Court adopt this
14 proposed stipulation.
15 IT IS SO STIPULATED
16 Dated: May 12, 2015                    BENJAMIN WAGNER
                                          United States Attorney
17
                                     By:   /s/ Jill Thomas
18                                         JILL THOMAS
                                           Assistant United States Attorney
19
20 Dated: May 12, 2015                     /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
21                                         Attorney for Defendant
                                           ANGELA SHAVLOVKSY
22
23
                                  **ORDER**
24
        For the reasons set forth in the accompanying stipulation and
25
   declaration of counsel, the status conference date of May 21, 2015 at 9:30
26
   a.m. is VACATED and the above-captioned matter is set for status conference
27
   on July 30, 2015 at 9:30 a.m.  The Court finds excludable time in this matter
28

                           Stipulation and Order - 2

through July 30, 2015 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

   IT IS SO ORDERED.

Dated: May 12, 2015

Troy L. Nunley
United States District Judge