ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANGELA SHAVLOVSKY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00427 TLN | |
| ) | | |
| Plaintiff, ) | STIPULATION AND ORDER | |
| ) | TO CONTINUE STATUS CONFERENCE | |
| v. ) | | |
| ) | | |
| ) | | |
| ANGELA SHAVLOVSKY, ) | | |
| ) | | |
| Defendant. ) | | |
| _____ ) | | |

**STIPULATION**

　　　　Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas, and defendant, Angela Shavlovsky, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, July 30, 2015 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to November 5, 2015 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

　　　　The reason for this request is that additional time is needed by Ms. Radekin to complete review of discovery and other relevant records, for investigation, and for other defense preparation.  Ms. Radekin had not yet completed review of the discovery, which is currently through bates no. 72861.  Ms. Radekin has employed a paralegal to assist her by organizing the

Stipulation and Order - 1

discovery, but the paralegal has not yet finished such project.  Further, Ms. Radekin is ordering the trial transcripts in the related case *United States v. Palamarchuk,* case number 2:11-cr-00450, which she intends to review. Finally, investigation is not yet complete. The Court is advised that Ms. Thomas concurs with this request and has authorized Ms. Radekin to sign this stipulation on her behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until November 5, 2015 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: July 27, 2015                          BENJAMIN WAGNER
                                              United States Attorney

                                      By:     /s/ Jill Thomas
                                              JILL THOMAS
                                              Assistant United States Attorney


Dated: July 27, 2015                           /s/ Erin J. Radekin
                                              ERIN J. RADEKIN
                                              Attorney for Defendant
                                              ANGELA SHAVLOVKSY


ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of July 30, 2015 at 9:30

a.m. is VACATED and the above-captioned matter is set for status conference on November 5, 2015 at 9:30 a.m.  The Court finds excludable time in this matter through November 5, 2015 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: July 27, 2015

_____
Troy L. Nunley
United States District Judge