ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANGELA SHAVLOVSKY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00427 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| | ) | |
| ANGELA SHAVLOVSKY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

    Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas, and defendant, Angela Shavlovsky, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, January 14, 2015 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to February 25, 2015 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

    The reason for this request is that both parties are still engaged in investigation, review of discovery, and plea negotiations.  The Court is advised that Ms. Thomas concurs with this request and has authorized Ms. Radekin to sign this stipulation on her behalf.

Stipulation and Order - 1

1     Time was previously excluded in this matter under the Speedy Trial Act,
2  through the trial date of November 28, 2016.
3     Accordingly, the parties respectfully request the Court adopt this
4  proposed stipulation.
5  IT IS SO STIPULATED
6  Dated: January 12, 2015                    BENJAMIN WAGNER
                                              United States Attorney
7
                                        By:   /s/ Jill Thomas
8                                             JILL THOMAS
                                              Assistant United States Attorney
9
10 Dated: January 12, 2015                     /s/ Erin J. Radekin
                                              ERIN J. RADEKIN
11                                            Attorney for Defendant
                                              ANGELA SHAVLOVKSY
12
13
                                   ORDER
14
       For the reasons set forth in the accompanying stipulation and
15
   declaration of counsel, the status conference date of January 14, 2016 at
16
   9:30 a.m. is VACATED and the above-captioned matter is set for status
17
   conference on February 25, 2016.
18
   IT IS SO ORDERED.
19
   Dated: January 13, 2016
20
                                              Troy L. Nunley
21                                            United States District Judge