ERIN J. RADEKIN
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
ANGELA SHAVLOVSKY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00427 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE SENTENCING AND MODIFY |
| v. | ) | SCHEDULE OF DISCLOSURE |
| | ) | |
| ANGELA SHAVLOVSKY, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jared Dolan, and defendant, Angela Shavlovsky, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, March 23, 2017 at 9:30 a.m., in the above-captioned matter, and to continue the judgment and sentencing to April 6, 2017 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to pre-sentence report ("PSR"):

Proposed Presentence Report        March 2, 2017

Informal objections to PSR         March 9, 2017

Stipulation and Order - 1

| | |
|---|---|
| Final PSR | March 16, 2017 |
| Motion for correction of PSR | March 23, 2017 |
| Government's reply | March 30, 2017 |

This continuance is requested to allow Ms. Radekin to complete her assessment of the PSR and to meet with Ms. Shavlovsky to discuss all issues raised in the PSR.  The Court is advised Mr. Dolan and Ms. Chavez have no opposition to the proposed dates set forth above, and Mr. Dolan has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: February 24, 2017            PHILLIP A. TALBERT
                                    United States Attorney

                              By:   /s/ Jared Dolan
                                    Jared Chase Dolan
                                    Assistant United States Attorney

Dated: February 24, 2017            /s/ Erin J. Radekin
                                    ERIN J. RADEKIN
                                    Attorney for Defendant
                                    ANGELA SHAVLOVKSY

ORDER

For the reasons set forth in the accompanying stipulation, the date set for judgment and sentencing, March 23, 2017 at 9:30 a.m. is VACATED and the above-captioned matter is set for April 6, 2017 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Proposed Presentence Report | March 2, 2017 |
| Informal objections to PSR | March 9, 2017 |

| | |
|---|---|
| Final PSR | March 16, 2017 |
| Motion for correction of PSR | March 23, 2017 |
| Government's reply | March 30, 2017 |

IT IS SO ORDERED.

Dated: February 27, 2017

_____
Troy L. Nunley
United States District Judge