ERIN J. RADEKIN
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
ANGELA SHAVLOVSKY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00427 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE SENTENCING AND MODIFY |
| v. | ) | SCHEDULE OF DISCLOSURE |
| | ) | |
| | ) | |
| ANGELA SHAVLOVSKY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jared Dolan, and defendant, Angela Shavlovsky, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, March 23, 2017 at 9:30 a.m., in the above-captioned matter, and to continue the judgment and sentencing to April 6, 2017 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to pre-sentence report ("PSR"):

Proposed Presentence Report          March 2, 2017

Informal objections to PSR           March 9, 2017

Stipulation and Order - 1

```
     Final PSR                           March 16, 2017

     Motion for correction of PSR        March 23, 2017

     Government's reply                  March 30, 2017
```

This continuance is requested to allow Ms. Radekin to complete her assessment of the PSR and to meet with Ms. Shavlovsky to discuss all issues raised in the PSR.  The Court is advised Mr. Dolan and Ms. Chavez have no opposition to the proposed dates set forth above, and Mr. Dolan has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

```
Dated: February 24, 2017              PHILLIP A. TALBERT
                                      United States Attorney

                                 By:    /s/ Jared Dolan
                                      Jared Chase Dolan
                                      Assistant United States Attorney


Dated: February 24, 2017               /s/ Erin J. Radekin
                                      ERIN J. RADEKIN
                                      Attorney for Defendant
                                      ANGELA SHAVLOVKSY
```

                                    ORDER

For the reasons set forth in the accompanying stipulation, the date set for judgment and sentencing, March 23, 2017 at 9:30 a.m. is VACATED and the above-captioned matter is set for April 6, 2017 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

```
     Proposed Presentence Report         March 2, 2017

     Informal objections to PSR          March 9, 2017
```

                          Stipulation and Order - 2

| | |
|---|---|
| Final PSR | March 16, 2017 |
| Motion for correction of PSR | March 23, 2017 |
| Government's reply | March 30, 2017 |

IT IS SO ORDERED.

Dated: February 27, 2017

_____
Troy L. Nunley
United States District Judge