ERIN J. RADEKIN
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
ANGELA SHAVLOVSKY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00427 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE SENTENCING AND MODIFY |
| v. | ) | SCHEDULE OF DISCLOSURE |
| | ) | |
| ANGELA SHAVLOVSKY, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jared Dolan, and defendant, Angela Shavlovsky, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, April 6, 2017 at 9:30 a.m., in the above-captioned matter, and to continue the judgment and sentencing to May 25, 2017 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to pre-sentence report ("PSR"):

    Informal objections to PSR        April 27, 2017

    Final PSR        May 4, 2017

Stipulation and Order - 1

```
    Motion for correction of PSR        May 11, 2017
    Government's reply                  May 18, 2017
```

The parties have received the draft PSR and Ms. Radekin has provided a copy to Ms. Shavlovsky.  Ms. Radekin intends to file informal objections; however, she needs additional time to re-review relevant portions of the voluminous discovery in this case and to prepare the informal objections. The Court is advised Mr. Dolan and Ms. Chavez have no opposition to the proposed dates set forth above, and Mr. Dolan has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

```
Dated: March 13, 2017              PHILLIP A. TALBERT
                                   United States Attorney

                             By:   /s/ Jared Dolan
                                   Jared Chase Dolan
                                   Assistant United States Attorney


Dated: March 13, 2017              /s/ Erin J. Radekin
                                   ERIN J. RADEKIN
                                   Attorney for Defendant
                                   ANGELA SHAVLOVKSY
```

## ORDER

For the reasons set forth in the accompanying stipulation, the date set for judgment and sentencing, April 6, 2017 at 9:30 a.m. is VACATED and the above-captioned matter is set for May 25, 2017 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

```
    Informal objections to PSR          April 27, 2017
```

| | |
|---|---|
| Final PSR | May 4, 2017 |
| Motion for correction of PSR | May 11, 2017 |
| Government's reply | May 18, 2017 |

IT IS SO ORDERED.

Dated: March 14, 2017

_____
Troy L. Nunley
United States District Judge