```
1  ERIN J. RADEKIN
   Attorney at Law - SBN 214964
2  1001 G Street, Suite 100
   Sacramento, California 95814
3  Telephone: (916) 504-3931
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  ANGELA SHAVLOVSKY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00427 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE SENTENCING AND MODIFY |
| v. | ) | SCHEDULE OF DISCLOSURE |
| | ) | |
| ANGELA SHAVLOVSKY, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jared Dolan, and defendant, Angela Shavlovsky, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, May 25, 2017 at 9:30 a.m., in the above-captioned matter, and to continue the judgment and sentencing to June 15, 2017 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

Motion for correction of PSR        June 1, 2017

Government's reply                  June 8, 2017

Stipulation and Order - 1

1 | The final PSR was filed on May 9, 2017 and Ms. Radekin has provided a
2 | copy to Ms. Shavlovsky.  Ms. Radekin intends to file a motion to correct the
3 | PSR; however, she needs additional time to prepare the motion and to allow
4 | Ms. Shavlovsky time to review the proposed motion and to discuss and make any
5 | proposed modifications to the PSR.  This case involves multiple disputed
6 | sentencing issues and voluminous discovery, hence, fact checking and
7 | preparation of the motion to correcte more time consuming than in the average
8 | federal case.  The Court is advised Mr. Dolan has no opposition to the
9 | proposed dates set forth above, and Mr. Dolan has authorized Ms. Radekin to
10 | sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: May 16, 2017                         PHILLIP A. TALBERT
                                            United States Attorney

                                    By:     /s/ Jared Dolan
                                            Jared Chase Dolan
                                            Assistant United States Attorney

Dated: May 16, 2017                         /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
                                            Attorney for Defendant
                                            ANGELA SHAVLOVKSY

**ORDER**

For the reasons set forth in the accompanying stipulation, the date set for judgment and sentencing, May 25, 2017 at 9:30 a.m. is VACATED and the above-captioned matter is set for June 15, 2017 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

Motion for correction of PSR    June 1, 2017

Government's reply    June 8, 2017

IT IS SO ORDERED.

Dated: May 17, 2017

_____
Troy L. Nunley
United States District Judge