PHILLIP A. TALBERT
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-427 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING RESTITUTION HEARING |
| v. | |
| ANGELA SHAVLOVSKY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a restitution hearing on July 27, 2017.

2. By this stipulation, the parties request that the Court vacate the currently scheduled restitution hearing.

3. As of today's date, no victim has submitted complete documentation regarding their entitlement to restitution or the identity of the entity that suffered the final loss in this case. The parties agree that, should a victim submit the required documentation, the government may request that the matter of restitution be reopened.

STIPULATION REGARDING RESTITUTION HEARING; ORDER

1

1     IT IS SO STIPULATED.

Dated: July 27, 2017                              PHILLIP A. TALBERT
                                                              United States Attorney

                                                              /s/ JARED C. DOLAN
                                                              JARED C. DOLAN
                                                              Assistant United States Attorney

Dated: July 27, 2017                              /s/ ERIN RADEKIN
                                                               ERIN RADEKIN
                                                               Counsel for Defendant
                                                              ANGELA SHAVLOVSKY

**FINDINGS AND ORDER**

IT IS SO ORDERED this 25th day of July, 2017.

                                                               Troy L. Nunley
                                                               United States District Judge