McGREGOR W. SCOTT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0427 TLN CKD |
| Plaintiff/Respondent, | ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| ANGELA SHAVLOVSKY, | |
| Defendant/Petitioner | |

On September 5, 2018, Respondent requested a 90-day extension of time to file its response to Defendant Shavlovsky's § 2255 petition.

IT IS HEREBY ORDERED, that Respondent's request for a 90-day extension is granted. The response is now due December 27, 2018.

Dated: September 6, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE