UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Respondent, v. ANGELA SHAVLOVSKY, Movant. | No. 2:11-cr-0427 TLN CKD P<br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion for bail pending the outcome of her 28 U.S.C. § 2255 motion. It is not clear whether the court has authority to grant bail pending review of a §2255 motion. United States v. McCandless, 841 F.3d 819, 822 (9th Cir. 2016). However, the Ninth Circuit has held that, if district courts do have such authority, bail is reserved for "extraordinary cases involving special circumstances or a high probability of success." Id. Movant has not established a high probability of success on her motion, and movant's case is not the extraordinary case involving special circumstances.

/////
/////
/////
/////
/////

1

Accordingly, IT IS HERERY ORDERED that movant's motion for bail pending review of her §2255 motion (ECF No. 321) is denied.

Dated: February 1, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
shav0427.bail