McGREGOR W. SCOTT
United States Attorney
ALEXANDRE M. DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA SHAVLOVSKY,<br><br>Defendant. | CASE NO. 2:11-CR-00427-TLN-CKD<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1. Defendant Angela Shavlovsky filed a motion for reduction in sentence and compassionate release on August 6, 2020. Docket No. 357. The government's response is due by August 20, 2020, and any reply due August 27, 2020. Government counsel requests additional time to obtain records and draft the response brief.

2. Counsel for the defendant does not oppose this request.

3. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, Docket No. 357, be due on August 25, 2020; and

    b) The defense reply, if any, will be due on September 1, 2020.

IT IS SO STIPULATED.

                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: August 20, 2020

                                    */s/ Alexandre M. Dempsey*
                                    ALEXANDRE M. DEMPSEY
                                    Assistant United States Attorney

Dated: August 20, 2020                            /s/ *Rachelle Barbour*
                                    RACHELLE BARBOUR
                                    Counsel for Defendant

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, Docket No. 357, is due on August 25, 2020;

    b)    The defense reply, if any, will be due on September 1, 2020.

IT IS SO ORDERED.

DATED: August 20, 2020

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER

3