HEATHER E. WILLIAMS, Bar No. #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-5700
Facsimile:    (916) 498-5710
Email: Rachelle_Barbour@fd.org

Attorneys for Defendant-Movant
ANGELA SHAVLOVSKY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:11-CR-00427-TLN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER RELIEVING COUNSEL** |
| v. | ) | |
| | ) | Judge: Hon. Troy L. Nunley |
| ANGELA SHAVLOVSKY, | ) | |
| | ) | |
| Defendant. | ) | |

The Federal Defender's Office represented Ms. Shavlovsky on her recent Motion for Compassionate Release pursuant to the Court's General Order No. 595.  That Motion having been denied, the Court hereby RELIEVES the Federal Defender's Office as counsel for Ms. Shavlovsky.

Dated:  September 15, 2020

_____
Troy L. Nunley
United States District Judge