Name: Shavlovsky Angela
Reg. N° 66608-097
FEDERAL CORRECTIONAL INSTITUTION- DUBLIN
5701 8TH STREET, CAMP PARKS
DUBLIN, CALIFORNIA 94568


**FILED**
SEP 24 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE U.S. DISTRICT COURT FOR THE STATE OF California

IN AND FOR THE Eastern District OF California

PEOPLE OF THE STATE OF U S A,
Plaintiff,

VS.

Angela Shavlovsky,
Defendant,

Case No. 2:11-CR-00427-TLN-2

MOTION TO: Supplemental facts based on Court procedural record did not presented on my behalf in replay brief in support of motion to reduce sentence pursuant to 18 USC §3582(c)(1)(A)(i) Compassionate Release

Proceeding "Pro se"

COMES NOW, Shavlovsky Angela, Enclosed, please find a summary of the Court procedural records, IRS records, and case legal discovery evidence did not presented on my behalf in replay brief in support of Compassionate Release Motion. Back in 2016-2017 I was instructed by my former defense attorney Erin J. Radekin to "better do not talk to this Judge", but I got different impression and believe that, the Court must have an opportunity to consider all available facts and evidence. Procedural History: On September 28, 2011 a federal grand Jury returned a five-count Indictment against me and my co-defendants charging us with Conspiracy to commit Mail Fraud in violation of 18 USC §1349 by government selective prosecution misconduct pattern. Due to Indictment was insufficient and lack factual predication, (multiple hearsay and patently frivolous sub-prime lending requirements misrepresentation) the government failed to prove beyond a reasonable doubt their charges back in 2014. Plus competent and professional assistance from other co-defendants attorneys of record resulted in 1) Acquittal from similar charges in related case for my co-conspirator Vitaliy Tuzman case # 2:12-CR-00003-02 at 08/22/2014; see →

Respectfully, submitted this 20 day of September 2020

Angela Shav.J
Petitioner (Signature)

SHAVLOVSKY ANGELA
Petitioner (Print Name)

p.(2) case 2:11-CR-00427-TLN

2) Indictment dismissed without prejudice in this case, case # 2:11-CR-00427-08 at 07/23/2014; 3) Indictment dismissed without prejudice for all co-conspirators from Count One (1) and Count Two (2) by the same AUSA (L. Bickley; J. Dolan)

Count One: Alexander Kokhanets case#2:11-CR-00427-05/Indictment dismissed without prejudice at 07/23/2014;
Boris Murzak, case#2:11-CR-00427-06/Indictment dismissed without prejudice 07/23/2014
Zinaida Murzak case#2:11-CR-00427-07/Indictment dismissed without prejudice 07/23/2014;
Nikolay Katinskiy case#2:11-CR-00427-03/fugitive
Howard Skver/never charged
Valeri Mysin case#2:11-CR-00427-01; Shavlovsky Angelo case#2:11-CR-00427-02

Count Two: Vitaliy Tuzman; case#2:11-CR-00427-08/Indictment dismissed without prejudice at 07/23/2014
Dmitriy Savin/never charged/fugitive
Michael S. Kennedy case#2:11-CR-00427-04

According to the established court procedural record there is no co-conspirators, no different group of conspirators, no "others" in this case since 2014. Except, the because my former defense attorney at that time Matthew Scoble simply refused to present defense to the charge and delayed fair due process for another 3 years by made his inappropriate referral to the John R. Duree Jr. law office, specifically to Erin J. Radekin for my further supposedly defense, which AFD E. Radekin completely and purportedly failed to perform. Therefore, me and lack credibility main government witness Valeri Mysin, who had improper interest to testify (2 felony in the past and involvement in signature forgery on IRS (1003) documents; tax evasion; cash exchange; identity theft with his employer mortgage broker Valeriy Kalyuzhnyy)(see doc. 325-10 p.4). In exchange for time reduction or practically freedom (6 month imprisonment by the court record) Valeri Mysin made his statement under Proffer Agreement from the beginning, when he came back in 2012 from his runaway from USA. Therefore, in the light of court procedural records its appeared that the government knowingly and systematically introducing false statements to the Court (third time to this court; at 2016; 2017 and 2020). Specifically, at this time within their opposition brief to the Compassionate Release Motion in doc. 366 p.2 under Factual Background and "Shavlorsky" crimes". By established fact, there is no conspiracy number 1 and conspiracy number 2 and no different group of conspirators or "others" because Indictments dismissed back in 2014. Defendants Shavlorsky and Mysin only remained in Count 1 (one) and according to the Docket Nos. 236, 240 Shavlorsky pleaded guilty to count one of the Indictment.(doc. 366 p.3) Ultimately "Shavlorsky crimes" was entirely assembled from false statements and law misrepresentation (ECF dkt.N°70) and my former defense attorney E. Radekin have been knowingly mislead the Court, by stipulating within completely fraudulent factual basis, which appended to the constitutionally deficient Plea Agreement on October 27, 2016, because

see ➡ p.3

She made her legally erroneous promise to the AUSA (J. Dela that her client will change a Plea. (doc. 325-5 p. 9, 10)

By AFD' Radekin extraordinary tricks and effort, I was gravely misinformed and enforced to accepted factual a- -sured introduced in "Exibit A," which was reperded at my Sentence Hearing on June 15, 2017 and government continue mis -representing IRS record, court procedural record, Treasu department record in their opposition brief and falsely re -resenting that, they are genuine.

Preponderance of evidence so heavily constituted that t. Court were misleaded at Plea Change Hearing by fraudulen "Exibit A," at Sentencing by inconsistent to the facts and Law Presentence Report and introduced by government "Shavlovsky crimes" in opposition brief again in a total contrary to the case legal discovery and procedural history and actual factual ba -ground.

Summary of discrepancies in the government' introduction:

1. Shavlovsky' date of offense (by BOP record) is on 01.25.20 This is recording/funding date for property located at 9205 Pinehurst Roseville, C.A. (Count one) and property was funde by alleged victim/lender "First Franklin Financing Inc." Insufficia Indictments was dismissed back in 2014 for sellers Boris and Zinaida Murzak and buyer Howard Stover was never charged, but date of ~~house~~ recording still remained as my date of ofen

2. Furthermore, Factual Basis "Exibit A" falsely representing pr -perty located at 3800 Tahoe Street, West Sacramento, C.A. from Count 2 as a Count one and government continue insists: " Mysin, Shavlovsky, Michael Kennedy and Vitaly Tizeman conspired - (doc. 366 p.2)

First of all, Vitaliy Tuzman was acquitted from conspiracy charges in related case and Indictment was dismissed in this case back in 2019, but the government falsely introduced "guest Vitaliy Tuzman" as a sufficient evidence back in 2016 and again in 2017, and again in 2020.

Second: Also, defendant Michael Kennedy falsely represented as a Buyer, instead of Dmitriy Savin, who was never charged. Mr. Kennedy wasn't a Buyer, just as a Savin's favored had signed on Savin's behalf one closing loan documents, but for a different property, at the different location (1425 Augusta Way, Roseville, CA) and Seller for that property was never charged. M. Kennedy and Mr. Tuzman were never met with each other and didn't know about each other existence, until government alleged them in conspiracy.

Third and essential! Property located at "3800 Tahoe Street" were funded by alleged victim/lender "Own It Mortgage Solutions" at "09.30.2006" not at 01.25.2007 (alleged date of offense). "Own It M's" were main identified by government victim (fabricated respective loss amount came up to $1,068,000) and funded 5 out of 7 alleged fraudulent transactions and by established fact went out of business, into its bankruptcy/restructuring procedure at the end of 2006 and does not exist as a financial institution since then. IRS record, former Account Executive for "Own It M's" and "FFFinc"/W. Kazal) Statement and V. Mysin/main gov. witness Proffer Statements corroborated with each other and confirmed it and other well known fact, that sub-prime lenders, including alleged 3 victims ("FFF", "Own It", "ResMAE") were engaged in their securitization "NOTE/Deed of trust" business

and as a nationwide lenders had the highest volume
of sold/securitized loans and that was properly disclosed
in borrowers closing documents and Lenders Instruction
to the escrow.

As a matter of fact, 100% LTV financing initially was designed
as a combination of 2 loans for further immidiate resale to
the 2 different secondary market investors group or just to
2 lenders. According to the legal discovery evidence: 1) each
alleged loan file contained 2 loan applications (1003s) reflec
2 different loan amounts; different interest rates; lenders f
and charges; 2 lenders conditional approval from "Own-It M.S."
2 different charges in borrowers closing cost breakdown and in
HUD-1 Settlement. Accordingly, misidentified by government
a victim "Own-It M.S." were sold/securitized all 5 loans after fun
in 30 days period (after one first payment, which was included
in borrowers closing cost breakdown) to the 2 different lender
and with significant profit for "Own-It M.S." and for mortgage
broker (NPH/Kalyuzhnyy) (see HUD-1 Sett. in discovery). After all
loans were sold, alleged victim (Own-It M.S.) went out of business, a
not exist and could not provide any information "on or around
July 2011" (doc. 26 p. 6 PSR) to initiate investigation (No Proof
Claim) for 2 simple reason: 1) does not exist at that time and
2) mostly important - didn't suffered any loss "resulted from
conspirators action" (Ind.) Even didn't attempt to provide its
Victim Impact Statement (No Proof of loss), because it would
a real financial crime to claimed loss on sold with profi
assets. By established fact, known by all government witnesses
like (L. Isom, P. Carini; V. Demchuk and main witness V. Mysin by th
professional responsibility) misidentified by government victim

didn't suffer any loss, they were sold alleged loans before went out of business themself, one after another (BlonTE back in 2006; FFF inc "in 2007"; "ResMAE" 2007/2008) and to the end of 2008 all sub-prime lenders were out of market, due to RE and mortgage crisis 2008-2012. Moreover, alleged victims isn't just were misidentified and their numbers was defrauded in this case, were didn't suffer any loss and didn't provide their VIS to support government charges. But, entirely lenders weren't victims in this case, due to when alleged properties finaly (2008-2009) were foreclosed by other lenders and along with millions nationwide foreclosures and was sold to the third partys; lenders were issued a 1098 IRS form (misselenious income for the full amount of their loss to the each former homeowner who lost their property and end-up with hundred thousands dollars of dept. In order to stabilized RE market and help for--mer homeowners, who lost their properties and end-up with depts congress passed Its Dept Releaf Act, known as a Dept Forgiveness bill and all eligible former borrowers received their dept releaf. IRS Special Agent in the case should know that better than others, due to IRS were allowed tax returns delay for new law implementation and Dept Forgiveness Act was extended up to 2012. Thus, no co-conspirators, no victims, no loss, no "shell" companies accounts and Shavlovsky didn't opened them and wasn't on any business accents (non on GLC or MKC construction corp.) had or inte--rest, all income/deposited to the business accounts funds was repor--ted to the IRS by both owners (N. Katinskiy and Michael Kennedy) and finally those alleged "shell" companyes went to have bankrupt--cy proceedure, which was granted by county Court in state of W.A.

With respect to the government's brief and introduced in it factual absurd, more likely than background: Shavlovsky was conspired with gov.'s witness V. Mysin and "ghost" V. Tuzman (Ind. dismissed) co-conspirators from Count 2 (different conspiracy group), to commit mail fraud on property located in different city (W. Sacramento) from alleged property (Count 1 Roseville) and where offense occurred (01.25.2007), but when offense occurred alleged victim "Aori.IFMS") were not exist as entity as financial institution and main witness V. Mysin was awaiting within 7 years to provide his truthful testimony how Shavlovsky committed that crime. To the extent, between 2 of us, me and V. Mysin remained in Count One, the government were cherry-pick me as a leader of multiple "ghost conspirators (insufficient Indictments dismissed). I wasn't licensed, reside in different state, didn't know V. Mysin before, just legally referred alleged conspirators/buyers to the "NPM" mortgage company and alleged conspirators were bound by legal CA Purchase Agreement, prepared by currently licensed C.A. RE Agent. Instead, Valeriy Kalyuzhnyy, who was mortgage broker, ultimate decision maker, sole owner of record for "NPM" mortgage company, only currently license at that time of sales person in this case, who received all loan proceeds/commissions from alleged transactions and deposited on his solo business account, have been made Above the Law by government's selective prosecution misconduct pattern and let him escape accountability for multiple U.S. law violation and organized and managed by him sheme for tax evasion purpose. By similar pattern and similar operational sheme another mortgage broker been made above the law and allowed to testify as a witness at trial. Ultimately, clients/buyers and

sellers, not licensed persons were charged for primarely service providers licensed mortgage brokers and RE Agents responsibility.

According to the my former attorney of record Erin J. Radekin email conversations (doc 325-5) defense counsel were fully aware of all of that and intentionaly didn't present defense to the charges on my behalf agains my best interest, to cover-up V. Mysin involvment in his employer Valeriy Kalyuzhnyy misconduct. By my understanding of US law that more danger to the community, to use community tax payers dollars for brick a client /defendant (S.A.), systematically mislead the Court (2016; 2017; 2019 in sworn declaration) and falsely representing that Erin Radekin is genuine.

I am apologize for my imperfect english and handwritten document and not on legal size paper. We are on total lockdown for 20 hours a day since 04.01.2020 and I lack of any excess to tipe and made copy, especially my ability and computer skills very limited, but I beleive it was my responsibility to provide to the Court substantially new evidence, unknown by Court.

Sincerely,
Shav Lovsky Angela