UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>ANGELA SHAVLOVSKY,<br><br>Movant. | No.  2:11-cr-00427-TLN-CKD<br><br><br><br>**ORDER** |

Movant, a federal prisoner proceeding *pro se*, has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 25, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

Although it appears from the file that movant's copy of the findings and recommendations was returned, movant was properly served.  It is the movant's responsibility to keep the Court apprised of her current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

///

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 25, 2021, are ADOPTED IN FULL;

2. Movant's motion for habeas corpus relief under 28 U.S.C. § 2255 (ECF No. 305) is DISMISSED;

3. Movant's motion to be released to home confinement (ECF No. 382) is DENIED as moot;

4. Movant's request that the Court hold an evidentiary hearing (ECF No. 369) is DENIED as moot.

3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of the Court is directed to close the companion civil case, No. 2:18-cv-01704-TLN-CKD.

Dated:  October 5, 2021

Troy L. Nunley
United States District Judge

2